COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Adalberto Barahona v. Crystal Shafer

Appellate case number:   01-22-00416-CV

Trial court case number:  2020-59556

Trial court:                    234th District Court of Harris County

On October 13, 2022, appellee Crystal Shafer filed a notice that the parties had reached a settlement. On November 29, 2022, appellee filed a motion for extension of time to file her brief, requesting a 30-day extension so that appellant and appellee could finalize their settlement. The Court granted this motion until December 30, 2022. No appellee's brief or motion for extension has been filed.

The Court requests the parties to advise the Court of the status of the parties' settlement. The parties shall file a response to this order within 10 days advising of the status of the settlement.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
                            ☑ Acting individually     ☐ Acting for the Court


Date:   ___January 10, 2023_____